UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-23374-Civ-COOKE/TORRES

ODELME POMO and other
similarly-situated individuals,

    Plaintiffs,

vs.

F&R SCAFFOLDS, INC. and
ROSA G. JORGE, individually,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before me upon the parties' Joint Motion for Entry of Order Approving Settlement and Dismissing Case with Prejudice ("Joint Motion") (ECF No. 16).

I have reviewed the Joint Motion, record, and Settlement Agreement in accordance with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). I find that the Settlement Agreement is a fair and reasonable compromise of a bona fide dispute over FLSA provisions.

In their Joint Motion, the parties request that the Court dismiss the case with prejudice following the approval of the Settlement Agreement, and retain jurisdiction of the matter to enforce the terms of the Settlement Agreement. Given that the parties have moved this Court for a dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2), and the parties desire the Court to have continuing jurisdiction to enforce the terms of the Settlement Agreement, this Court shall retain jurisdiction of the matter to enforce the terms of the Settlement Agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Joint Motion (ECF No. 16) is **GRANTED**;
2. The Settlement Agreement is **APPROVED;**
3. This case is **DISMISSED** *with prejudice*;

4. This Court shall retain jurisdiction to enforce the terms of the Settlement Agreement, should enforcement be necessary;

5. All pending motions, if any, are **DENIED** *as moot*; and

6. The Clerk is directed to **CLOSE** this matter.

**DONE and ORDERED** in chambers at Miami, Florida, this 30th day of October 2015.

*[signature: Marcia G. Cooke]*

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*